THAD A. DAVIS (SBN 220503)
thad.davis@ropesgray.com
ROCKY C. TSAI (SBN 221452)
rocky.tsai@ropesgray.com
ROPES & GRAY LLP
Three Embarcadero Center, Ste 300
San Francisco, California  94111-4006
Tel:    (415) 315- 6300
Fax:    (415) 315-6350

HARVEY J. WOLKOFF (*Pro hac vice* application filed)
harvey.wolkoff@ropesgray.com
MARK P. SZPAK
mark.szpak@ropesgray.com
LARA A. ORAVEC
lara.oravec@ropesgray.com
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA  02199-3600
Tel:    (617) 951-7606
Fax:    (617) 235-0215

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KRISTOPHER JOHNS, on Behalf of Himself and for the Benefit of All with the Common or General Interest, Any Persons Injured, and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company,,<br><br>　　　　　　　　Defendants. | Case No.   4:11-cv-02063-SBA<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge: Hon. Saundra B. Armstrong |

1  WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") and Sony Network Entertainment International LLC ("SNEI"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least nineteen (19) putative class action lawsuits within this District, to date (collectively, the "N.D. Cal. Sony Litigations");

WHEREAS, certain of the Sony Defendants have also been named as defendants in at least fourteen (14) putative class action lawsuits pending outside this District, to date, including at least five (5) suits in the Central District of California, one (1) suit in the Southern District of California, one (1) suit in the Southern District of New York, one (1) suit in the Eastern District of New York, one (1) suit in the District of Massachusetts, one (1) suit in the Eastern District of Michigan, two (2) suits in the Southern District of Texas, one (1) suit in the District of Connecticut, and one (1) suit in the Southern District of Florida (collectively, with the N.D. Cal. Sony Litigations, the "U.S. Sony Litigations");

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

WHEREAS, the current deadlines for the defendants in the above-captioned action to respond to the Complaint are May 19 and May 20, 2011, respectively;

WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

Either party may seek ex parte relief from this stipulated Order for good cause shown, including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 17, 2011

IRA P. ROTHKEN
JARED R. SMITH
ROTHKEN LAW FIRM


By:  /s/ Ira P. Rothken /s/ [as authorized]
     Ira P. Rothken

Attorneys for Plaintiff
KRISTOPHER JOHNS

Dated: May 17, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP


By:  /s/ Rocky C. Tsai /s/
     Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC
and
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/24/11

_____
United States District Court Judge

-2-

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. 4:11-cv-02063-SBA